United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE IGNACIO MONTERRUBIO** | X | |
| | X | |
| V | X | CAUSE NO. B-02-204 |
| | X | |
| **GARY JOHNSON, Director** | X | |
| **Texas Department of Criminal Justice** | | |
| **Institutional Division** | | |

## MOTION FOR APPOINTMENT OF COUNSEL AND TO PROCEED IN FORMA PAUPERIS

Comes now Mr. Monterrubio to ask this Court to appoint the undersigned counsel to represent Mr. Monterrubio and to allow him to proceed in forma pauperis for the following reasons:

I.

Mr. Monterrubio is a death sentenced inmate. This case has already been before the District Court before. The undersigned counsel were originally appointed to represent Mr. Monterrubio in his 28 USC Section 2254 petition for writ of habeas corpus. The case was assigned to Judge Tagle. After the parties filed their pleadings, and motions for summary judgment, the undersigned counsel moved for a dismissal without prejudice and an order tolling the statute of limitations so that Mr. Monterrubio could attempt to seek relief again in the Texas state courts. The District Court granted that motion and entered an order tolling the statute of limitations under the doctrine of equitable tolling.

Mr. Monterrubio then filed in the Texas state courts for leave, under Art. 11.071, Sec. 5, V.A.C.C.P., to file a successor writ of habeas corpus. That request was denied by the Texas

Court of Criminal Appeals on September 11, 2002. Pursuant to this Court's order, Mr. Monterrubio is again seeking relief in this Court.

Mr. Monterrubio was allowed to proceed in forma pauperis the last time he filed in this Court and was appointed counsel. Since that date, he has remained confined on death row at the Polunsky Unit of TDC. His economic situation has not changed.

Counsel request that they be reappointed and that Mr. Monterrubio be permitted to proceed in forma pauperis. Counsel has mailed to Mr. Monterrubio an affidavit to proceed in forma pauperis and asked that Mr. Monterrubio return to him both the affidavit and a statement from his inmate trust account. Those documents will be forwarded to the Court as soon as they are received. Counsel request that they be allowed to proceed in an in forma pauperis basis pending receipt of those documents.

WHEREFORE, PREMISES CONSIDERED, Mr. Monterrubio respectfully requests that the undersigned counsel be appointed to represent him and that he be allowed to proceed in forma pauperis.

Respectfully submitted,

*/s/ Michael B. Charlton*
Michael B. Charlton
1744 Norfolk
Houston, Texas 77098
(713) 572 2333
(713) 572 2483 (fax)
State Bar of Texas 04144800
COUNSEL FOR JOSE IGNACIO MONTERRUBIO


_____
Elisa Vasquez
613 19th Street
Galveston, Texas 77550
(409) 763 2131
(409) 763 4104
State Bar of Texas 20502100
COUNSEL FOR JOSE IGNACIO MONTERRUBIO

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Amended Writ of Habeas Corpus was served on opposing counsel, Tina Dettmer, of the Texas State Attorney General's Office, P.O. Box 12548, Austin, Texas 78711 by mailing a copy of same on September 18, 2002.

*/s/ Michael B. Charlton*
Michael B. Charlton