CAB-02-204 ③

# AFFIDAVIT IN SUPPORT OF A MOTION
# FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, José I. Monterrubio being first duly sworn, depose and say that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to pay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor, and that I believe I am entitled to redress.

I further state that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

United States District Court
Southern District of Texas
FILED

OCT 28 2002

Michael N. Milby
Clerk of Court

1. Are you presently employed? Yes____ No ✓

   a.  If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____

   _____

   _____

   b.  If the answer is no, state the date of your last employment and the amount of the salary or wages per month which you received.

   _____Never Employed_____

   _____

   _____

2. Have you received with the past twelve months any income from a business, profession or other form of self employment, or in the form of rent payments interest, dividends, or other sources?

              Yes____ No ✓

3. Do you own any cash or checking or savings accounts?   Yes ____   No ✓

   If the answer is yes, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes_____   No ✓

   a.   If the answer is yes, describe the property and state its approximate value.

   _____

   _____

5.   List the persons who are depending upon you for support and state your relationship to those persons.

   _____

   _____

   I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

   /s/ _____

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          09/30/02
TL49/RBU0034               IN-FORMA-PAUPERIS DATA                   07:02:59
TDCJ#: 00999128 SID#: 05186637 LOCATION: POLUNSKY       INDIGENT DTE: 00/00/00
NAME: MONTERRUBIO,JOSE IGNACIO          BEGINNING PERIOD: 03/01/02
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          34.67 TOT HOLD AMT:         0.00 3MTH TOT DEP:    160.00
6MTH DEP:            306.86 6MTH AVG BAL:        24.17 6MTH AVG DEP:     51.14
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/02        58.17          60.00       05/02        40.00          40.00
07/02        62.37          30.00       04/02        35.32          55.00
06/02        70.05          70.00       03/02        73.32          51.86
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Polk
ON THIS THE 30th DAY OF September 2002 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Ronald M. Bush
Notary Public