4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**NOV 0 4 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. B-02-204 |
| | § | |
| JANIE COCKRELL, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Institutional Division | § | |
| Respondent. | § | |

## ORDER

Jose Ignacio Monterrubio ("Petitioner"), a prisoner sentenced to death, has filed a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket Entry No. 1). Pending before the Court are Petitioner's Motion for Appointment of Counsel and to Proceed *In Forma Pauperis*. (Docket Entry No. 2). Petitioner's request to proceed *in forma pauperis* in this habeas corpus action is **GRANTED**. The Court appoints **Michael B. Charlton** and **Elisa Vasquez** as counsel in this case.

This Court's preliminary review of the habeas petition indicates that a response is needed at this time. The Court **ORDERS** Respondent to file an answer and any dispositive motion within thirty (30) days from the entry of this Order. Respondent will also file with the Court the records from Petitioner's successive state habeas corpus proceeding. Petitioner will file a response to any dispositive motion within thirty (30) days of its filing.

DONE at Brownsville, Texas this ___ day of _November_ 2002.

_____
Felix Recio
United States Magistrate Judge