United States District Court
Southern District of Texas
FILED

JAN 0 6 2003

Michael N. Milby
Clerk of Court

IN THE
UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO, | X | |
| PETITIONER | X | |
| V. | X | CAUSE NO. 02-CV-204 |
| | X | |
| JANIE COCKRELL, Director | X | |
| Institutional Division, Texas | X | |
| Department of Criminal Justice | X | |

## MOTION FOR EXTENSION OF TIME

## TO FILE SUMMARY JUDGMENT RESPONSE

Comes now the Petitioner, Jose Ignacio Monterrubio to ask leave of this Court for an extension of time to file his summary judgment response for the following reasons:

I.

Mr. Monterrubio is a death sentenced inmate whose petition for writ of habeas corpus is currently pending before this Court. On December 3, 2002, Ms. Cockrell filed a summary judgment motion. The Response was thus, due to be filed by January 2, 2003.

### CERTIFICATE OF CONFERENCE

Counsel attempted to confer with Ms. Tina Dettmer of the Texas State Attorney General's Office on January 3, 2003 but was unable to do so.

II.

As good cause for granting this request, counsel would simply show the Court that he misdiaried the due date for this response. The summary judgment response is being filed with this Motion and is being overnighted to the Court and both should be filed by January 6, 2003.

Additionally, counsel filed two death penalty writs of habeas corpus on the same day, December 23, 2002: Ex parte Joe Franco Garza in Lubbock County, Texas and Tony Ford v Janie Cockrell in the Western District of Texas, El Paso Division. Further, counsel completed an appellate brief in a case styled Michael Armstrong v the State of Texas filed in the Fourteenth Court of Appeals. Cocounsel, Ms. Elisa Vasquez has been recuperating from an accident.

    WHEREFORE, PREMISES CONSIDERED, Counsel requests that they be given an extra 4-5 days to file their summary judgment response.

Respectfully submitted,

Michael B. Charlton
1744 Norfolk
Houston, Texas 77098
(713) 572 2333
(713) 572 2483 (fax)
State Bar of Texas 04144800
Federal Bar # 8663
COUNSEL FOR JOSE IGNACIO MONTERRUBIO

_____
Elisa Vasquez
613 19th Street
Galveston, Texas 77550
(409) 763 2131
(409) 763 4104
State Bar of Texas 20502100
Federal Bar # 11701
COUNSEL FOR JOSE IGNACIO MONTERRUBIO

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion to Extend the Summary Judgment Response Deadline was served on opposing counsel, Tina Dettmer, of the Texas State Attorney General's Office, P.O. Box 12548, Austin, Texas 78711 by mailing a copy of same on January 3, 2003.

Michael B. Charlton

IN THE
UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO, | X | |
|     PETITIONER | X | |
| V. | X | CAUSE NO. 02-CV-204 |
| | X | |
| JANIE COCKRELL, Director | X | |
| Institutional Division, Texas | X | |
| Department of Criminal Justice | X | |

## ORDER

On this the ___ day of January, 2003 came on before me the Petitioner's Request for an Extension of Time to File his Summary Judgment Response. It is the opinion of the Court that the same should be granted.

IT IS THEREFORE ORDERED that the Petitioner file his summary judgment response by Tuesday, January 7, 2003

                                          _____
                                          FELIX RECIO
                                          MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF TEXAS