IN THE
UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO, | X | |
| PETITIONER | X | |
| V. | X | CAUSE NO. 02-CV-204 |
| | X | |
| JANIE COCKRELL, Director | X | |
| Institutional Division, Texas | X | |
| Department of Criminal Justice | X | |

## ORDER

On this the 10th day of January, 2003 came on before me the Petitioner's Request for an Extension of Time to File his Summary Judgment Response. It is the opinion of the Court that the same should be granted.

IT IS THEREFORE ORDERED that the Petitioner file his summary judgment response by Tuesday, January 7, 2003

_____
FELIX RECIO
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS

*Monterrubio Summary Judgment Response*
*October 29, 2001 p.4*