IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. B-02-204 |
| | § | |
| JANIE COCKRELL, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Institutional Division | § | |
| Respondent. | § | |

## ORDER

The Court having adopted the Report and Recommendation of United States Magistrate Judge Felix Recio in Order of even date herewith is of the opinion that the action of petitioner Jose Ignacio Monterrubio should be **DISMISSED**.

It is, therefore, **ORDERED** that this action is hereby **DISMISSED**. This is a final judgment.

DONE at Brownsville, Texas on this 6 day of June, 2003.

Hilda Tagle
UNITED STATES DISTRICT JUDGE