IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED

JUN 23 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSE IGNACIO MONTERRUBIO | X | |
| | X | |
| V | X | CAUSE NO. B-02-204 |
| | X | |
| JANIE COCKRELL, Director | X | |
| Texas Department of Criminal Justice | | |
| Institutional Division | | |

## NOTICE OF INTENT TO APPEAL

Comes now the Petitioner, Jose Ignacio Monterrubio to give notice of appeal from the judgment dismissing his petition for writ of habeas corpus entered by the district court on June 6, 2003.

Respectfully submitted,

Michael B. Charlton
1744 Norfolk
Houston, Texas 77098
(713) 572 2333
(713 572 2483 (fax)
State Bar of Texas # 04144800
Federal Bar # 8663
COUNSEL FOR JOSE IGNACIO MONTERRUBIO

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Notice of Appeal was served on opposing counsel, Tina Dettmer, of the Texas State Attorney General's Office, P.O. Box 12548, Austin, Texas 78711 by mailing a copy of same on June 16, 2003.

Michael B. Charlton