**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

APR 25 2005

Michael N. Milby
Clerk of Court

April 25, 2005

Mr. Charles R. Fulbruge, III, Clerk  Re: __MONTERRUBIO_____
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102            VS  __DRETKE_____
New Orleans, Louisiana 70130

__CA B-02-204_____

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of___ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ___ HAS/ __x__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was
    PAID ON:_____

[X] U.S. District Judge entering final order is __HILDA G. TAGLE_____

[ ] Court reporter assigned to this case is_____

[X] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Piñales, Deputy Clerk

cc File