APPEAL, CLOSED

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00204
## Internal Use Only

| | |
|---|---|
| Monterrubio v. Cockrell, et al | Date Filed: 10/22/2002 |
| Assigned to: Judge Hilda G Tagle | Jury Demand: None |
| Demand: $0 | Nature of Suit: 535 Death Penalty - Habeas Corpus |
| Case in other court: | |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jurisdiction: Federal Question |

### Petitioner

**Jose Ignacio Monterrubio**     represented by     **Elisa Vasquez**
Attorney at Law
613 19th St
Galveston, TX 77550
409-763-2131
Fax: 409-763-4104 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B Charlton**
Attorney at Law
PO Box 2269
Alvin, TX 77512
713-572-2333
Fax: 832-201-9653 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

| Director TDCJ-ID Janie Cockrell | represented by | Tina Joann Dettmer<br>Attorney General Office<br>Fax No 512 320 8132<br>State of Texas<br>PO Box 12548<br>Austin, TX 78711-2548<br>512-936-2893<br>Email: tina.dettmer@oag.state.tx.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2002 | 1 | Application for writ of habeas corpus by Jose Ignacio Monterrubio, Motion Docket Date 11/11/02 [1-1] motion , filed. (ogutierrez) (Entered: 10/23/2002) |
| 10/22/2002 | 2 | MOTION for appointment of counsel by Jose Ignacio Monterrubio, Motion Docket Date 11/11/02 [2-1] motion , filed. (ogutierrez) (Entered: 10/23/2002) |
| 10/24/2002 |   | CASE REFERRED to Magistrate Judge Felix Recio (ogutierrez) (Entered: 10/24/2002) |
| 10/28/2002 | 3 | AFFIDAVIT in Support of a Motion for leave to proceed in forma pauperis by Jose Ignacio Monterrubio , filed. (ogutierrez) (Entered: 10/28/2002) |
| 11/04/2002 | 4 | ORDER granting [2-1] motion for appointment of counsel , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) The Court appoints Attys Michael B Charlton and Elisa Vasquez in this case. Respondent to file an answer and any dispositive motion within 30 days from the entry of this Order. Respondent will also file with the Court the records |

|  |  |  |
|---|---|---|
|  |  | from Petitioner's successive state habeas corpus proceeding. Petitioner will file a response to any dispositive motion within 30 days of its filing. (ogutierrez) (Entered: 11/04/2002) |
| 11/04/2002 |  | **Added for Jose Ignacio Monterrubio attorney Elisa Vasquez (ogutierrez) (Entered: 11/04/2002) |
| 11/04/2002 | 5 | CJA 20 as to Jose Ignacio Monterrubio : Appointment of Attorney Elisa Vasquez ( Signed by Judge Hilda G. Tagle ) , entered. (ogutierrez) (Entered: 11/04/2002) |
| 11/04/2002 | 6 | CJA 20 as to Jose Ignacio Monterrubio : Appointment of Attorney Michael B Charlton ( Signed by Magistrate Judge Felix Recio ) , entered. (ogutierrez) (Entered: 11/04/2002) |
| 11/04/2002 |  | **Address labels only (ogutierrez) (Entered: 11/04/2002) |
| 11/22/2002 |  | STATE COURT RECORDS, received from Houston Division and placed on the correspondence side. (ogutierrez) (Entered: 11/22/2002) |
| 12/04/2002 | 7 | ANSWER to Complaint by Jose Ignacio Monterrubio (Added attorney Tina Joann Dettmer), filed. (ogutierrez) (Entered: 12/04/2002) |
| 12/04/2002 | 7 | MOTION with memorandum in support for summary judgment by Gary Johnson, Motion Docket Date 12/24/02 [7-1] motion , filed (ogutierrez) (Entered: 01/08/2003) |
| 01/06/2003 | 8 | MOTION to extend time to file response to summary judgment by Jose Ignacio Monterrubio, Motion Docket Date 1/26/03 [8-1] motion , filed. (ogutierrez) (Entered: 01/08/2003) |
| 01/06/2003 | 9 | RESPONSE by Jose Ignacio Monterrubio to [7-1] motion for summary judgment , filed. (ogutierrez) (Entered: 01/08/2003) |

| | | |
|---|---|---|
| 01/10/2003 | 10 | ORDER granting [8-1] motion to extend time to file response to summary judgment Response to motion reset to 1/7/03 for [7-1] motion for summary judgment , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (ogutierrez) (Entered: 01/13/2003) |
| 05/05/2003 | 11 | REPORT AND RECOMMENDATIONS of Magistrate Judge Felix Recio Re: [7-1] motion for summary judgment, [2-1] motion for appointment of counsel , entered. Recommended that Respondent's Motion for Summary Judgment be Granted that Petition be Denied and that COA be denied and that case be Dismissed. Parties ntfd. Motion no longer referred Objections to R and R due by 5/15/03 (ogutierrez) (Entered: 05/07/2003) |
| 05/20/2003 | 12 | OBJECTION by Jose Ignacio Monterrubio to [11-1] report and recommendations , filed (ogutierrez) (Entered: 05/20/2003) |
| 06/06/2003 | 13 | ORDER ADOPTING [11-1] report and recommendations dismissing [1-1] motion for writ of habeas corpus , entered. Parties ntfd. ( Signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/09/2003) |
| 06/06/2003 | | Case closed (ogutierrez) (Entered: 06/09/2003) |
| 06/23/2003 | 14 | NOTICE of Intent to Appeal by Jose Ignacio Monterrubio, filed. (gmendieta) (Entered: 06/26/2003) |
| 06/23/2003 | 15 | MOTION for Issuance of Certificate of Appealability by Jose Ignacio Monterrubio Motion Docket Date , filed. (gmendieta) (Entered: 06/26/2003) |
| 06/23/2003 | 18 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re 13 Order Adopting Memorandum and Recommendations by Jose Ignacio Monterrubio. Filing fee $ 255, filed.(rpinales, )This is a corrected entry of docket entry #14 which was inadvertently |

| | | |
|---|---|---|
| | | docketed as a notice of intent to appeal. Modified on 4/27/2005 (rpinales, ). Modified on 4/27/2005 (rpinales, ). (Entered: 04/27/2005) |
| 09/30/2003 | 16 | REPORT AND RECOMMENDATIONS of Magistrate Judge Felix Recio Re: Motion for COA , entered. Parties ntfd. Motion no longer referred Objections to R and R due by 10/10/03. Recommended that Motion for COA be Denied. (ogutierrez) (Entered: 10/03/2003) |
| 09/30/2003 | | CASE NO LONGER REFERRED TO Magistrate Judge Felix Recio (ogutierrez) (Entered: 10/03/2003) |
| 02/13/2004 | 17 | ORDER denying [15-1] hearing Motion Docket Date , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (rpinales) (Entered: 02/17/2004) |
| 04/25/2005 | | ***Party Charles R Fulbruge, III added. (rpinales, ) (Entered: 04/27/2005) |
| 04/25/2005 | 19 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 18 Notice of Appeal,. Fee status: not paid/CJA, filed. (Attachments: # 1 Notice of Intent of Appeal# 2 Docket Sheet)(rpinales, ) (Entered: 04/27/2005) |