IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

NOV 2 2 2005

No. 05-40706
USCD No. 1:02-CV-204

CHARLES R. FULBRUGE III
CLERK

JOSE IGNACIO MONTERRUBIO,

United States District Court
Southern District of Texas
ENTERED

                            Petitioner-Appelllant,    DEC 0 1 2005

versus

Michael N. Milby, Clerk of Court
By Deputy Clerk

DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,

                            Respondent-Appellee.

-------------------------
Appeal from the United States District Court
for the Southern District of Texas
-------------------------

O R D E R:

Jose Ignacio Monterrubio, a Texas state prisoner, was

convicted of capital murder.  He seeks a certificate of

appealability to appeal the district court's dismissal as

procedurally defaulted his claim that appellate counsel rendered

ineffective assistance.  He does not challenge on appeal the

district court's conclusion that his claims of ineffectiveness of

trial counsel and of a Fifth Amendment violation during

interrogation were procedurally defaulted.  He also does not

PCW

No. 05-40706
-2-

challenge the district court's denial of relief on the merits of

his insufficiency claim.  Thus, these issues are abandoned.[1]

Monterrubio asserts that the district court erred in

applying the procedural default doctrine to his ineffective

assistance of appellate counsel claim because the ineffectiveness

of habeas counsel constituted cause for his failure to raise the

claim until his second postconviction application.  He has not

established "that jurists of reason would find it debatable

whether the district court was correct in its procedural ruling"

that he has not shown cause.[2]  Consequently, COA is DENIED.

/S/PATRICK E. HIGGINBOTHAM
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE



NOV 2 8 2005

---

[1] *See Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999).

[2] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).