United States District Court
Southern District of Texas
FILED

Dec. 1
~~NOV 3~~0 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEMP. U.S.P.S. ADDRESS:   P.O. BOX 610160
                          HOUSTON, TX 77208
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.
                     HOUSTON, TX 77002

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 22, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 05-40706  Monterrubio v. Dretke
    USDC No. 1:02-CV-204

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( ) Envelopes    ( ) Boxes

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

By: _____
        Linda Miles, Deputy Clerk
        713-250-5440

cc: w/encl:
    Mr Michael B Charlton
    Ms Elisa Vasquez
    Ms Tina J Dettmer
    Mr Jeremy Craig Greenwell

MDT-1